UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23583
    ROBERT L CONNER
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-1023


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 12/15/2007 and was not confirmed.

      The case was dismissed without confirmation 05/15/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROPERTY ASSET MANAGEMEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| NUVELL CREDIT CO LLC | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 31772.50 | .00 | .00 |
| POPULAR MORTGAGE SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | SECURED NOT I | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| TSYS TOTAL DEBT MANAGEME | UNSECURED | NOT FILED | .00 | .00 |
| POPULAR MORTGAGE SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23583 ROBERT L CONNER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 08/26/08

/s/ Tom Vaughn

_____

TOM VAUGHN
CHAPTER 13 TRUSTEE